**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.     24-cr-00047-GPG-JMC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRYAN CORNWELL,

      Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## <u>COUNT 1</u>

On or about August 29, 2023, in the State and District of Colorado, the defendant, Bryan Cornwell, did knowingly transmit in interstate and foreign commerce a communication, namely an email message to Official #1 that said "When this is over I'm going to feed you your own balls you cock sucking piece of shit. As God is my witness you are going to suffer in agony slowly begging for death like you deserve. I'm going to use your own system to crush you then I'm going to burn that whole fucking industry to the ground. You've had to many chances and allowed to many to suffer to long you lazy fat fuck," containing a threat to injure the person of another;

At the time of said offense, the defendant Bryan Cornwell was on pretrial release pursuant to an Order Setting Conditions of Release dated September 13, 2022, from the District Court for the District of Colorado, Case No. 22-cr-00180, which order notified

said defendant of the potential effect of committing an offense while on pretrial release;

All in violation of Title 18, United States Code, Sections 875(c) and 3147(1).

## COUNT 2

On or about August 31, 2023, in the State and District of Colorado, the defendant, Bryan Cornwell, did knowingly transmit in interstate and foreign commerce a communication, namely an email message to Official #1 that said "You will die a slow agonizing death full of regret and pain. Your family will change their names to disassociate with your memory. I will feel the life leave your body. I'm going to see you beg for it to happen. You are the worst kind of evil protecting the evil that you do. Pretending to be righteous. You're worse than them because you could stop it but instead choose to continue allowing people suffer needlessly when you could stop it. You will know suffering on a whole new level. I swear to God and everything in the universe. I will watch you suffer and generations to come in your family line will hide from your memories and think of you shuttering with disgust. Benedict Arnold and Judas will be grateful that you're name takes there place. When I finished fucking your mother with a baseball bat yesterday she thanked me and told me she was tired of your little dick you cock sucking piece of shit. I will see you in agony. You should kill yourself in disgrace if you had any integrity at all. Or if you were smart enough to save yourself. Fuck you you evil mother fucker. I'm going to own your ass. You will know the death and suffering you've allowed others by your evil lazy inept heartlessness. There are no threats here vows to God and promises to you ass hole. I promise I will see you beg! I'm going to fuck you in ways you never knew possible and make sure you don't like it. I

don't give a fuck what kind of deal you think you have. You allowed this to go to far and

I'm going to burn your ass for it. Every opportunity you had to do the right thing and

didn't will be known. What do you think prison is like for a corrupt cop protecting a

corrupt cop rapist? Will they put all of you together? You won't be any saffer than

Epstein mother fucker. You are FUCKED," containing a threat to injure the person of

another;

At the time of said offense, the defendant Bryan Cornwell was on pretrial release

pursuant to an Order Setting Conditions of Release dated September 13, 2022, from

the District Court for the District of Colorado, Case No. 22-cr-00180, which order notified

said defendant of the potential effect of committing an offense while on pretrial release;

All in violation of Title 18, United States Code, Sections 875(c) and 3147(1).

## **COUNT 3**

On or about September 1, 2023, in the State and District of Colorado, the

defendant, Bryan Cornwell, did knowingly transmit in interstate and foreign commerce a

communication, namely an email message to Official #1 that said "Do your fucking job

you cock sucking piece of shit. I'm going to fucking break you mother fucker. I'm going

to feed you your own fucking balls. You and the rest of your lazy pussy friends. I'm

going to crush you. You're an example of what's wrong with the world and I'm going to

see your lights extinguished! You don't deserve the air you breathe. How many people

have died because of you? Your lazy, crooked, inept, heartlessness. It's going to be to

many this time mother fucker. I'd like to beat your fucking face to a bloody pulp right

now and patience is killing me. I promise you you're going to feel every second of

suffering you've caused.  Get ready it's coming fast swift and hard. You will beg me [first name of Official #1] beg and plead and scream in pain by my hand tick tok mother fucker. Get your shit together because he'll is coming for," containing a threat to injure the person of another;

At the time of said offense, the defendant Bryan Cornwell was on pretrial release pursuant to an Order Setting Conditions of Release dated September 13, 2022, from the District Court for the District of Colorado, Case No. 22-cr-00180, which order notified said defendant of the potential effect of committing an offense while on pretrial release;

All in violation of Title 18, United States Code, Sections 875(c) and 3147(1).

### COUNT 4

On or about October 26, 2023, in the State and District of Colorado, the defendant, Bryan Cornwell, did knowingly transmit in interstate and foreign commerce a communication, namely an email message to Official #1 that said "I am going to beat the living shit out of you. I'm going to fucking physically with my bare hands break you like the little bitch you are for choices. Tell [first name of Official #2] he can flex his fat man tips at his new lover in prison because I'll fucking break his pussy ass. Have you done your fucking research.  I was a champion wrestler black belt martial artist who realized I was my biggest competition and choose to challenge myself on the biggest walls on this fucking continent and all over the world. Just because someone chooses love over hate does not mean they are weak and I will show you your foolish arrogant assumptions are wrong. Come get me! Come face me! Stand the fuck up and stop being a fucking pussy. I'll take you [first name of Official #2] and [first name of Official

#3] in your fucking gear on and break you all. I am going to hurt you in ways you never imagined you could hurt. You were fucked before this began and now you dug yourself so fucking deep you have no fucking hope  justyour arrogant foolish illusion. You are a dead man walking to stupid to save yourself. Everything was recorded! Every choice you made to ignore morality will be paid for with more than you can imagine.  Keep thinking I'm bluffing and keep digging your grave. You don't have the morality integrity or BALLS I DO BITCH AND IM GOING TO DEMONSTRATE IT!!!!! I AM GOING TO KILL YOU AND EVERYTHING YOU STAND FOR BITCH," containing a threat to injure the person of another;

At the time of said offense, the defendant Bryan Cornwell was on pretrial release pursuant to an Order Setting Conditions of Release dated September 13, 2022, from the District Court for the District of Colorado, Case No. 22-cr-00180, which order notified said defendant of the potential effect of committing an offense while on pretrial release;

All in violation of Title 18, United States Code, Sections 875(c) and 3147(1).

## FORFEITURE ALLEGATION

1.      The allegations contained in Count 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1), and Title 28, United States Code, Section 2461.

2.      Upon conviction of the violations alleged in Counts 1 through 4 above involving violations of Title 18, United States Code, Section 875(c), the defendant, Bryan Cornwell, shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 981(a)(1), and Title 28, United States Code, Section 2461, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense.

3.      If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

"Ink signature on file in Clerk's Office"
FOREPERSON

COLE FINEGAN
United States Attorney

s/ Jeffrey K. Graves
JEFFREY K. GRAVES
Assistant United States Attorney
United States Attorney's Office
835 E 2nd Avenue, Suite 410
Durango, Colorado 81301